**EXHIBIT "A"**

**Samantha Bell**

| | |
|---|---|
| **From:** | Samantha Bell <sbell@ostrofflaw.com> |
| **Sent:** | Tuesday, January 15, 2019 10:26 AM |
| **To:** | 'William Brennan'; 'Anthony Hinkle'; 'EPaist@c-wlaw.com'; 'Angela Mastronardo' |
| **Cc:** | 'William Coppol' |
| **Subject:** | Amadeo v. Spring Mountain Adventures, et al. |
| **Attachments:** | Pltf's RPD to Def 2019-1-15.PDF; Pltf's Roggs to Def 2019-1-15.PDF |

Good Morning,

Attached please find Plaintiff's Interrogatories and Request for Production of Documents to Defendants with regard to the above captioned matter.

Thank you,

Samantha Bell, Paralegal | Ostroff Injury Law, P.C., 518 E. Township Line Road, Suite 100, Blue Bell, PA 19422 Local: (610) 279-7000, extension 212 | Fax: (484) 351-0355. The information contained in this message is privileged and confidential, and only for the use of the individual or entity named, as it contains lawyer work product and/or lawyer-client protected information. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this message is strictly prohibited.

*NOTE: WE HAVE MOVED INTO OUR NEW HEADQUARTERS!*
*Our new address:*
*518 E. Township Line Road, Suite 100,*
*Blue Bell, PA 19422*

**EXHIBIT "B"**

**Samantha Bell**

| | |
|---|---|
| **From:** | Samantha Bell <sbell@ostrofflaw.com> |
| **Sent:** | Monday, February 18, 2019 1:59 PM |
| **To:** | 'Anthony Hinkle'; 'William Coppol' |
| **Cc:** | 'William Brennan'; 'Emily Paist' |
| **Subject:** | RE: Amadeo v. Spring Mountain Aventures, et al. |

Good afternoon:

I am following up on the below email. Please advise if Mr. Buckman is available on the following dates:

- February 20
- February 26 (morning only)
- March 8

Please also forward your client's answers and responses to our discovery requests that were sent on January 15, 2019.

Thank you,

Samantha Bell, Paralegal | Ostroff Injury Law, P.C., 518 E. Township Line Road, Suite 100, Blue Bell, PA 19422 Local: (610) 279-7000, extension 212 | Fax: (484) 351-0355. The information contained in this message is privileged and confidential, and only for the use of the individual or entity named, as it contains lawyer work product and/or lawyer-client protected information. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this message is strictly prohibited.

*NOTE: WE HAVE MOVED INTO OUR NEW HEADQUARTERS!*
*Our new address:*
*518 E. Township Line Road, Suite 100,*
*Blue Bell, PA 19422*

**From:** Samantha Bell [mailto:sbell@ostrofflaw.com]
**Sent:** Friday, February 08, 2019 10:30 AM
**To:** 'Anthony Hinkle' <AHinkle@c-wlaw.com>; 'William Coppol' <wcoppol@ostrofflaw.com>
**Cc:** 'William Brennan' <WBrennan@c-wlaw.com>; 'Emily Paist' <EPaist@c-wlaw.com>
**Subject:** RE: Amadeo v. Spring Mountain Aventures, et al.

Mr. Hinkle,

Please advise if you and Mr. Buckman are available on the following dates for his deposition:

- February 20
- February 21
- February 26
- February 27

Thank you,