IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHANIE AMADEO, *Plaintiff*, | CIVIL ACTION |
| v. | No. 18-2472 |
| SPRING MOUNTAIN ADVENTURES, INC. d/b/a SPRING MOUNTAIN SKI AREA, et al., *Defendants* | |

## ORDER

**AND NOW** this 1st day of November, 2019, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 34), Plaintiff's Response thereto (ECF No. 36), and Defendants' Reply in support of their Motion for Summary Judgment (ECF No. 37), it is hereby **ORDERED** and **DECREED** Defendants' Motion for Summary Judgment (ECF No. 34) is **DENIED**.

**The parties are directed to adhere to the Second Amended Scheduling Order (ECF No. 43).**

BY THE COURT:

_____
CHAD F. KENNEY, JUDGE